UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IGT, IGT CANADA SOLUTIONS ULC | § § | |
| vs. | § § | Case Number:  AU:23-CV-00885-ADA |
| ZYNGA INC. | § § | |

ORDER SETTING JURY SELECTION

IT IS HEREBY ORDERED that the above entitled and numbered case is set for JURY SELECTION on Friday, October 13, 2023 at 09:30 AM, in Courtroom 3, on the Fourth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX.  Attorneys for the respective parties are to appear in the courtroom no later than 8:45 a.m.

IT IS SO ORDERED this **27th day of September, 2023.**

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE