UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IGT, IGT CANADA SOLUTIONS ULC § <br> § <br> vs. §     Case Number: AU:23-CV-00885-ADA <br> § <br> ZYNGA INC. § | |

ORDER SETTING ZOOM CONFERENCE REGARDING JURY SELECTION

IT IS HEREBY ORDERED that the above entitled and numbered case is set for Tuesday, October 10, 2023 at 04:30 PM. The hearing will be conducted by ZOOM. Court staff will be in contact with the parties prior to the hearing with the details needed for connecting to the conference.

IT IS SO ORDERED this **10th day of October, 2023.**

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE