**FILED**

October 20, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

BY: _____Jennifer Clark_____
DEPUTY

| | | |
|---|---|---|
| IGT, IGT CANADA SOLUTIONS ULC | § | |
| | § | |
| vs. | § | NO:  AU:23-CV-00885-ADA |
| | § | |
| ZYNGA INC. | § | |

## JURY NOTE #1

The foreperson is: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮

FOREPERSON

RESPONSE:

DATE:     _10/20/2023_     TIME: _9:56 AM_

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

10/20/23

10 00 A.m