FILED
October 20, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Jennifer Clark_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IGT and IGT CANADA SOLUTIONS ULC, | § § § | |
| Plaintiffs, | § § | Case No. 1:23-cv-00885-ADA |
| v. | § § | |
| ZYNGA INC., | § § § | |
| Defendant. | § | |

## VERDICT FORM

In answering the following questions, you are to follow the instructions I have given you in the Court's charge.

Your answers to each question must be unanimous.

As used herein:

"IGT" or "Plaintiffs" refers to IGT and IGT Canada Solutions ULC.

"Zynga" or "Defendant" refers to Zynga Inc.

"The '189 Patent" refers to U.S. Patent No. 9,159,189.

*[handwritten: October 24, 2023; 10:2 p-]*

## I. ISSUES RELATING TO INFRINGEMENT AND INVALIDITY

**QUESTION 1a—DIRECT INFRINGEMENT OF THE '189 PATENT**

Did IGT prove by a preponderance of the evidence that Game of Thrones Slots, Hit It Rich!, and/or Black Diamond Casino directly infringe claims 1 or 10 of the '189 Patent?

**A "Yes" is a finding for IGT, and a "No" is a finding for Zynga.**

Yes: _____    No: ___✓___

**PROCEED TO QUESTION 1b**

**QUESTION 1b—INFRINGEMENT OF THE '189 PATENT UNDER § 271(f)(1) or § 271(f)(2)**

Did IGT prove by a preponderance of the evidence that Zynga infringes Claim 10 of the '189 Patent under either § 271(f)(1) or § 271(f)(2)?

**A "Yes" is a finding for IGT, and a "No" is a finding for Zynga.**

Yes: _____    No: ___✓___

**PROCEED TO QUESTION 2a**

**QUESTION 2a—OBVIOUSNESS OF THE '189 PATENT**

Did Zynga prove by clear and convincing evidence that the following claims of the '189 Patent are invalid as obvious?

**Answer "Yes" or "No" for each Claim listed. A "Yes" is a finding for Zynga, and a "No" is a finding for IGT.**

Claim 1:   Yes: ___✓___   No: _____

Claim 10:  Yes: ___✓___   No: _____

**PROCEED TO PART II**

## II. DAMAGES

If you found Zynga did not infringe a valid claim, then do not answer any further questions, proceed to the last page, have your Jury Foreperson sign and date this Verdict Form, and notify the Court Security Officer. If you found at least one claim infringed (in 1a and/or 1b) and also not invalid, then proceed to answer Question 3.

### QUESTION 3—DAMAGES

If you found at least one claim infringed and not invalid, you will need to determine the amount of damages, including the form of damages.

**Answer only one below:**

If you find that damages should be in the form of a running royalty, what royalty rate do you award?

_____ % (rate)

What is the amount of damages using that rate, beginning on April 6, 2021?

$ _____

**OR**

If you find that damages should be in the form of a lump sum, what amount do you award?

$ _____

**PROCEED TO FOLLOWING PAGE**

You have now reached the end of the verdict form and should review it to ensure that it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the verdict form in the spaces below and notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should retain possession of the verdict form and bring it with them when the jury is brought back into the courtroom.

I certify that the jury unanimously concurs in every element of the above verdict.

Date: _Oct. 20, 2023_          Signature: ███████████████