# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| IGT and IGT CANADA SOLUTIONS ULC, <br><br> Plaintiffs, <br><br> v. <br><br> ZYNGA INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 1:23-cv-00885-ADA <br><br> Judge: Honorable Alan D. Albright |

## JOINT MOTION TO ENTER FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, Plaintiffs IGT and IGT Canada Solutions ULC (collectively, "IGT") and Defendant Zynga Inc. ("Zynga") respectfully request that the Court enter the proposed Final Judgment attached hereto as Exhibit A. In support of this Joint Motion, the parties state the following:

1. This case was recently tried to a jury from October 13 to October 20, 2023.

2. On October 20, 2023, the jury rendered its unanimous verdict finding in favor of Zynga. Dkt. 304.

3. Following the jury's verdict, the parties conferred via email and agreed to the attached proposed Final Judgment.

WHEREFORE, the parties respectfully request that the Court enter the proposed Final Judgment attached as Exhibit A to this Joint Motion.

Dated: November 6, 2023.            Respectfully submitted,

By: */s/ Elizabeth R. Moulton*      By: */s/ Leif R. Sigmond Jr.*

| | |
|---|---|
| Mark D. Siegmund<br>Texas Bar No. 24117055<br>CHERRY JOHNSON SIEGMUND JAMES, PLLC<br>400 Austin Ave., 9th Floor<br>Waco, Texas 76701<br>msiegmund@cjsjlaw.com<br>Telephone: (254) 732-2242<br>Facsimile: (866) 627-3509<br><br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>Clement Seth Roberts, Bar No. 209203 (Pro Hac Vice)<br>croberts@orrick.com<br>Elizabeth R. Moulton, Bar No. 286937 (Pro Hac Vice)<br>emoulton@orrick.com<br>Will Melehani, Bar No. 285916 (Pro Hac Vice)<br>wmelehani@orrick.com<br>Sarah K. Mullins, Bar No. 324558 (Pro Hac Vice)<br>sarahmullins@orrick.com<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>Telephone: +1 415 773 5700<br>Facsimile: +1 415 773 5799<br><br>Bas de Blank, Bar No. 191487 (Pro Hac Vice)<br>basdeblank@orrick.com<br>1000 Marsh Rd.<br>Menlo Park, CA 94025<br>Telephone: +1 650 614 7400<br>Facsimile: +1 415 773 5799<br><br>Alyssa Caridis, Bar No. 260103 (Pro Hac Vice) | Deron R. Dacus<br>State Bar No. 00790553<br>The Dacus Firm, P.C.<br>821 ESE Loop 323<br>Suite 430<br>Tyler, TX 75701<br>Telephone: 903-705-1117<br>Facsimile: 903-581-2543<br>ddacus@dacusfirm.com<br><br>Leif R. Sigmond Jr.<br>Illinois State Registration No. 6204980<br>Baker & Hostetler LLP<br>One North Wacker Drive<br>Suite 4500<br>Chicago, IL 60606-2841<br>Telephone: 312-416-6275<br>Facsimile: 312-416-6201<br>LSigmond@bakerlaw.com<br><br>*Attorneys for IGT and IGT Canada Solutions ULC* |

acaridis@orrick.com
Isaac S. Behnawa, Bar No. 342441 (Pro Hac Vice)
ibehnawa@orrick.com
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
Telephone: +1 213 629 2020
Facsimile: +1 213 612 2499

Sten Jensen, Bar No. 443300 (Pro Hac Vice)
sjensen@orrick.com
Columbia Center
1152 15th St NW
Washington, DC 20005
Telephone: +1 202 339 8400
Facsimile: +1 202 339 8500

*Attorneys for Defendant Zynga Inc.*

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on November 6, 2023, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

                                                */s/ Leif R. Sigmond Jr.*
                                                Leif R. Sigmond Jr.