**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IGT and IGT CANADA SOLUTIONS ULC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:23-cv-00885-ADA |
| | ) | |
| ZYNGA INC., | ) | Judge: Honorable Alan D. Albright |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>FINAL JUDGMENT</u>

This action came before the Court for a jury trial commencing on October 13, 2023, between Plaintiffs IGT and IGT Canada Solutions ULC (collectively, "IGT") and Defendant Zynga Inc. ("Zynga"). The issues have been tried and the jury rendered its unanimous verdict on October 20, 2023. ECF No. 304. In accordance with the jury's verdict, **FINAL JUDGMENT** is hereby ordered in favor of Zynga and against IGT.

**So ORDERED and SIGNED this 18th day of December, 2023.**

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE